23635

M.L. GARRETT CONSTRUCTION COMPANY, INC., Respondent v. Kenneth G. CRUMP and Steve A. Gainey, d/b/a C&G Electric company, of whom Kenneth G. Crump is, Petitioner.

(417 S.E. (2d) 572)

Supreme Court

*H.W. Pat Paschal, Jr.*, of *Miller & Paschal*, Greenville, *for petitioner.*

*Ronald F. Barbare*, of *Lathan & Barbare, P.A.*, Greenville, *for respondent.*

Submitted March 24, 1992.

Decided April 13, 1992.

*Per Curiam:*

We granted petitioner's application for writ of certiorari to review the decision of the Court of Appeals in *M.L. Garrett Construction Co. v. Kenneth G. Crump and Steven A. Gainey, d/b/a C&G Electric*, Op. No. 91-UP-121 (Ct. App. filed July 1, 1991). We dismiss the writ as improvidently granted.

Dismissed.